IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JOSETTE M. CHAMBERS, )<br>   Plaintiff, )<br>)<br>v. )<br>)<br>TENNESSEE FAIR HOUSING )<br>COUNCIL and TRACEY MCCARTNEY, )<br>In her official capacity as its Executive )<br>Director, and JOHN DOES 1-20, )<br>   Defendants. ) | Case No: 3:12-cv-00190 |

## JOINT STIPULATION OF DISMISSAL

Plaintiff and the Defendants, by and through respective counsel of record, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate that the Complaint and all claims asserted therein are hereby dismissed with prejudice. Each party will bear its own attorneys' fee and expenses.

AGREED TO AND SUBMITTED BY:

**ORTALE, KELLEY, HERBERT & CRAWFORD**

  /s/ Will Caldwell
**T. WILLIAM A. CALDWELL (#27130)**
Attorney for Defendant Tennessee Fair Housing Council
and Tracey McCartney
200 4th Avenue North, Suite 300
P.O. Box 198985
Nashville, TN 37219-8985
(615) 256-9999
wcaldwell@ortalekelley.com

1

   /s/ John W. Davis (by TWAC w/permission)
**JOHN W. DAVIS (#931600)**
1111 14th Street, NW
Suite 820
Washington, D.C. 20005
jwdalaw@aol.com


   /s/ Josette Chambers (by TWAC w/permission)
**JOSETTE CHAMBERS (#28788)**
6700 Cabot Drive, Suite D-2
Nashville, TN 37209
josettechamberslaw@gmail.com


## CERTIFICATE OF SERVICE

  This is to certify that a true and correct copy of the foregoing document has been served via this Court's electronic filing system to:

John W. Davis
1111 14th Street, NW
Suite 820
Washington, D.C. 20005
jwdalaw@aol.com

Ms. Josette Chambers
6700 Cabot Drive
Suite D-2
Nashville, TN 37209
jchamberslaw@yahoo.com

on this the 13th day of August, 2013.


         /s/ Will Caldwell
         T. William A. Caldwell